ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Torden, LLC | ) ASBCA No. 64160 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:    Richard W. Arnholt, Esq.
  Sylvia Yi, Esq.
   Bass, Berry & Sims PLC
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
   Army Chief Trial Attorney
   MAJ Joshua A. Reyes, JA
   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 22, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64160, Appeal of Torden, LLC, rendered in conformance with the Board's Charter.

Dated: May 22, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals